■ GEORGE PRASINOS, Respondent, v TASIA PRASINOS, Appellant. (Appeal No. 2.) [724 NYS2d 378] —Appeal unanimously dismissed without costs (see, *Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Monroe County, VanStrydonck, J.—Matrimonial.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.